UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| REBECCA LEWIS, Individually and as *Ad Litem* on behalf of Decedent and Decedent's wrongful death beneficiaries,<br><br>　　　　Plaintiff<br><br>　v.<br><br>BLUE SPRINGS SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 4:17-cv-00538<br>)<br>)<br>)<br>) |

## DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS CURTIS AND SPENCER

COMES NOW Plaintiff Rebecca Lewis, Individually, and as Ad Litem on behalf of Decedent, and Decedent's wrongful death beneficiaries, by and through her counsel of record, and hereby dismisses her action without prejudice against Defendants Debbie Curtis and Allison Spencer, with each party to bear their own costs and expenses. Plaintiff's claims as to the other named Defendants remain pending in the case.

　　　　　　　　　　　　　　　　SULLIVAN LAW LLC

　　　　　　　　　　　　By:　/s/ Robert C. Sullivan
　　　　　　　　　　　　　　Robert C. Sullivan　　#52408
　　　　　　　　　　　　　　Tim R. Morgan　　　　#56657
　　　　　　　　　　　　　　1600 Baltimore, Suite 200
　　　　　　　　　　　　　　Kansas City MO 64108
　　　　　　　　　　　　　　(816) 221-9922 (telephone)
　　　　　　　　　　　　　　(816) 817-1962 (facsimile)
　　　　　　　　　　　　　　rsullivan@sullivantrial.com
　　　　　　　　　　　　　　tmorgan@sullivantrial.com

　　　　　　　　　　　　　　Erik Bergmanis　　　　#33151
　　　　　　　　　　　　　　Bergmanis Law Firm LLC
　　　　　　　　　　　　　　380 W. US Highway 54, Suite 201
　　　　　　　　　　　　　　Camdenton, MO 65020
　　　　　　　　　　　　　　(573) 346-2111 (telephone)
　　　　　　　　　　　　　　(573) 346-5885 (facsimile)
　　　　　　　　　　　　　　erik@ozarklawcenter.com

　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served by ( ) regular U.S. Mail, postage prepaid; ( ) facsimile; ( ) overnight delivery; (X) electronic transmission through the Court's ECF system and/or ( ) hand delivery, this 1st day of August, 2017, upon:

| | |
|---|---|
| Steven F. Coronado<br>Merry M. Tucker<br>LAW OFFICES OF CORONADO KATZ LLC<br>14 W. Third Street<br>Kansas City MO 64105<br>(816) 410-6600 (telephone)<br>(816) 337-3892<br>steve@coronadokatz.com<br>maggie@coronadokatz.com<br><br>ATTORNEYS FOR DEFENDANTS THE BLUE SPRINGS SCHOOL DISTRICT, SEVERNS, GROVER, CURTIS, LYON, WALKENHORST, SPENCER, KNIPMEYER, WHITE, MARTIN AND BRESKE | John G. Schultz<br>Niki Long<br>FRANKE SCHULTZ & MULLEN PC<br>8900 Ward Parkway<br>Kansas City MO 64114<br>(816) 421-7100 (telephone)<br>(816) 421-7915 (facsimile)<br>jschultz@fsmlawfirm.com<br>nlong@fsmlawfirm.com<br><br>ATTORNEYS FOR DEFENDANTS MARILLAC CENTER, INC. NOW MERGED INTO CORNERSTONES OF CARE AND MAGGIE CHIU LMSW |

                                         /s/ Robert C. Sullivan
                                         Attorney for Plaintiff

2

Case 4:17-cv-00538-NKL   Document 17   Filed 08/01/17   Page 2 of 2