IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION – KANSAS CITY

| | |
|---|---|
| REBECCA LEWIS, Individually, and as Ad Litem on behalf of Decedent, and Decedent's wrongful death beneficiaries,<br><br>        Plaintiff,<br><br>vs.<br><br>BLUE SPRINGS SCHOOL DISTRICT, et al.<br><br>        Defendants. | Case No.: 4:17-cv-00538-CV-W-NKL |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS MARILLAC CENTER, INC. NOW MERGED INTO CORNERSTONES OF CARE AND MAGGIE CHIU, LMSW

COME NOW plaintiff Rebecca Lewis, individually, and as Ad Litem on behalf of Decedent and Decedent's wrongful death beneficiaries, and defendants Marillac Center, Inc. now merged into Cornerstones of Care and Maggie Chiu, LMSW, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned matter should be dismissed, without prejudice, against defendants Marillac Center, Inc. now merged into Cornerstones of Care and Maggie Chiu, LMSW only. The claims against all remaining defendants are not affected by this dismissal.

Respectfully Submitted,

BERGMANIS LAW FIRM, LLC

/s/ *Erik Bergmanis*
Erik Bergmanis    MO# 33151
380 West US Highway 54, Suite 201
Camdenton, MO 65020
(573) 346-2111
(573) 346-5885 (fax)
erik@ozarklawcenter.com

**Attorney for Plaintiff**
SULLIVAN LAW, LLC

/s/ *Tim R. Morgan*
Tim R. Morgan    MO# 56657
Robert C. Sullivan    MO# 52408
1600 Baltimore, Suite 200
Kansas City, MO 64108
(816) 221-9922 ext. 2010
(816) 817-1962 (fax)
tmorgan@sullivantrial.com
rsullivan@sullivantrial.com
**Attorneys for Plaintiff**

FRANKE SCHULTZ & MULLEN, PC

/s/ *Niki T. Long*
John G. Schultz    MO# 34711
Niki T. Long    MO# 62055
8900 Ward Parkway
Kansas City, MO 64114
(816) 421-7100
(816) 421-7915 (fax)
jschultz@fsmlawfirm.com
nlong@fsmlawfirm.com
**Attorneys for Defendants Marillac Center, Inc. now merged into Cornerstones of Care and Maggie Chiu, LMSW**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that the foregoing document was filed via the court's electronic filing system, and a copy was also sent via email transmission this 15th day of August, 2017, to:

Steven F. Coronado
Merry M. Tucker
Coronado Katz, LLC
14 West Third Street
Kansas City, MO 64105
(816) 410-6600
(816) 337-3892 (fax)
steve@coronadokatz.com
Maggie@coronadokatz.com
**Attorney for Blue Springs Defendants**


/s/ Niki Long
**Attorneys for Defendants**
**Marillac Center, Inc. now merged into**
**Cornerstones of Care and Maggie Chiu,**
**LMSW**